

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY OWENS and SANZANNA TOLES | * | CIVIL ACTION |
| | * | |
| Plaintiffs, | * | NO. 00-0147 |
| | * | |
| VERSUS | * | SECTION "K" (4) |
| | * | |
| R.J. REYNOLDS TOBACCO COMPANY, | * | JUDGE DUVAL |
| RJR NABISCO, INC., BROWN & | * | |
| WILLIAMSON TOBACCO | * | MAGISTRATE ROBY |
| CORPORATION, BATUS, INC., BATUS | * | |
| HOLDINGS INC., THE AMERICAN | * | |
| TOBACCO COMPANY, INC., AMERICAN | * | |
| BRANDS, INC., THE COUNSEL FOR | * | |
| TOBACCO RESEARCH – USA, INC., THE | * | |
| TOBACCO INSTITUTE, INC., BRITISH | * | |
| AMERICAN TOBACCO INDUSTRIES, | * | |
| PLC., QUAGLINO TOBACCO AND | * | |
| CANDY COMPANY, INC., IMPERIAL | * | |
| TRADING COMPANY, INC., GEORGE W. | * | |
| GROETSCH, INC., and SCHWEGMANN | * | |
| GIANT SUPER MARKETS, INC. | * | |
| | * | |
| Defendants. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**MOTION FOR ADMISSION *PRO HAC VICE*
AS CO-COUNSEL FOR R.J. REYNOLDS TOBACCO COMPANY**

Defendant R.J. Reynolds Tobacco Company, through undersigned counsel, and with full reservation of all rights and defenses, hereby moves pursuant to U.L.L.R. 83.2.6 E for entry of an Order enrolling the following attorneys as co-counsel of record in the above-captioned matter:

DATE OF ENTRY   FEB 10 2000

513804/1

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
Jones, Day Reavis & Pogue
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
216-586-3939

Messrs. Belasic, Murphy, and Boyce are ineligible to become members of the Bar of this Court because they are not members of the Bar of the State of Louisiana. Messrs. Belasic, Murphy, and Boyce are members of the Bar of the State of Ohio. Certificates reflecting the good standing of Messrs. Belasic, Murphy, and Boyce, issued by the Ohio Supreme Court, the highest court of that jurisdiction, as well as their affidavits are attached.

Respectfully submitted,

_____
Phillip A. Wittmann, 13625
Stephen H. Kupperman, 7890, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
 WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

Attorneys for Defendant
R.J. Reynolds Tobacco Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY OWENS and SANZANNA TOLES | * | CIVIL ACTION |
| | * | |
| Plaintiffs, | * | NO. 00-0147 |
| | * | |
| VERSUS | * | SECTION "K" (4) |
| | * | |
| R.J. REYNOLDS TOBACCO COMPANY, RJR NABISCO, INC., BROWN & WILLIAMSON TOBACCO CORPORATION, BATUS, INC., BATUS HOLDINGS INC., THE AMERICAN TOBACCO COMPANY, INC., AMERICAN BRANDS, INC., THE COUNSEL FOR TOBACCO RESEARCH – USA, INC., THE TOBACCO INSTITUTE, INC., BRITISH AMERICAN TOBACCO INDUSTRIES, PLC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., IMPERIAL TRADING COMPANY, INC., GEORGE W. GROETSCH, INC., and SCHWEGMANN GIANT SUPER MARKETS, INC. | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE ROBY |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

Considering the foregoing Motion for Admission *Pro Hac Vice* to Enroll as Co-Counsel for R.J. Reynolds Tobacco Company,

511215/1

**IT IS ORDERED** that Mark A. Belasic, Dennis L. Murphy, and Kevin D. Boyce be and they hereby are admitted *pro hac vice* as co-counsel of record for defendant R.J. Reynolds Tobacco Company in this matter.

NEW ORLEANS, LOUISIANA, this 8th day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

513804/1