

MINUTE ENTRY
DUVAL, J.
February 22, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY OWENS and SANZANNA TOLES | CIVIL ACTION |
| VERSUS | NO. 00-147 |
| R. J. REYNOLDS TOBACCO CO., *et al* | SECTION "K" |

**IT IS ORDERED** that a **STATUS CONFERENCE** is scheduled on **MARCH 30, 2000**, at **8:30 O'CLOCK A.M.** in chambers, to discuss trial approach.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  FEB 24 2000

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc. No.