

**MINUTE ENTRY**
**DUVAL, J.**
**February 28, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY OWENS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0147** |
| **R.J. REYNOLDS TOBACCO CO., ET AL.** | **SECTION "K"(4)** |

    **IT IS ORDERED** that oral argument shall be had on this motion and the hearing thereon is **CONTINUED** to **March 15, 2000 at 9:30 a.m.**

DATE OF ENTRY MAR 1 2000