UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 25 P 2: 56

LORETTA G. WHYTE
```

| | | |
|---|---|---|
| JERRY OWENS AND SANZANNA TOLES | * | CIVIL ACTION |
| VS. | * | NO. 00-0147 |
| R. J. REYNOLDS TOBACCO COMPANY, RJR NABISCO, INC., BROWN & WILLIAMSON TOBACCO CORPORATION, BATUS, INC., BATUS HOLDINGS, INC., THE AMERICAN TOBACCO COMPANY, INC. AMERICAN BRANDS, INC., THE COUNSEL FOR TOBACCO RESEARCH--USA, INC., THE TOBACCO INSTITUTE, INC. BRITISH AMERICAN TOBACCO INDUSTRIES, PLC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., IMPERIAL TRADING COMPANY, INC., GEORGE W. GROETSCH, INC., and SCHWEGMANN GIANT SUPER MARKETS, INC. | * * * * * * * * | SECTION "K" JUDGE DUVAL MAGISTRATE 4 |

\* \* \* \* \* \* \* \* \* \*

### MOTION AND ORDER FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come plaintiffs, Jerry Owens and Sanzanna Toles, who move this Honorable Court for leave to file their Reply Memorandum in Support of Motion to Remand. This Reply Memorandum is filed to discuss arguments made by defendants in its Opposition Memorandum.

DATE OF ENTRY MAR 2 2000

Fee____
Process____
X Dktd____ TDL
__ CtRmDep
Doc. No. 10

WHEREFORE, plaintiffs, Jerry Owens and Sanzanna Toles pray that this Court grant leave to file this Reply Memorandum in Support of Motion to Remand.

Respectfully submitted,

_____
STEPHEN B. MURRAY (9858)
PERRY M. NICOSIA (21777)
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112
(504) 525-8100

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing was served upon all counsel of record by placing same in the United States Mail, postage prepaid, properly addressed, on this _____ day of _____, 2000.

_____
PERRY M. NICOSIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY OWENS AND SANZANNA TOLES | * | CIVIL ACTION |
| VS. | * | NO. 00-0147 |
| R. J. REYNOLDS TOBACCO COMPANY, RJR NABISCO, INC., BROWN & WILLIAMSON TOBACCO CORPORATION, BATUS, INC., BATUS HOLDINGS, INC., THE AMERICAN TOBACCO COMPANY, INC. AMERICAN BRANDS, INC., THE COUNSEL FOR TOBACCO RESEARCH--USA, INC., THE TOBACCO INSTITUTE, INC. BRITISH AMERICAN TOBACCO INDUSTRIES, PLC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., IMPERIAL TRADING COMPANY, INC., GEORGE W. GROETSCH, INC., and SCHWEGMANN GIANT SUPER MARKETS, INC. | * * * * * * * * | SECTION "K"<br>JUDGE DUVAL<br>MAGISTRATE 4 |

* * * * * * * * * *

## **O R D E R**

Considering the foregoing;

IT IS HEREBY ORDERED that plaintiffs' Reply Memorandum in Support of Motion to Remand be and it is hereby filed of record.

New Orleans, Louisiana, this 24th day of February, 2000.

_____
JUDGE

3