UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY OWENS AND SANZANNA TOLES | * | CIVIL ACTION |
| VS. | * | NO. 00-0147 |
| R. J. REYNOLDS TOBACCO COMPANY, RJR NABISCO, INC., BROWN & WILLIAMSON TOBACCO CORPORATION, BATUS, INC., BATUS HOLDINGS, INC., THE AMERICAN TOBACCO COMPANY, INC. AMERICAN BRANDS, INC., THE COUNSEL FOR TOBACCO RESEARCH--USA, INC., THE TOBACCO INSTITUTE, INC. BRITISH AMERICAN TOBACCO INDUSTRIES, PLC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., IMPERIAL TRADING COMPANY, INC., GEORGE W. GROETSCH, INC., and SCHWEGMANN GIANT SUPER MARKETS, INC. | * * * * * * * * | SECTION "K" JUDGE DUVAL MAGISTRATE 4 |

* * * * * * * * * *

## UNOPPOSED MOTION TO CONTINUE

NOW INTO COURT, through undersigned counsel, come plaintiffs, Jerry Owens and Sanzanna Toles, who respectfully request that this Court continue the Oral Argument of Plaintiffs' Motion to Remand from the hearing date now set on March 15, 2000 at 9:30 a.m. Plaintiffs' counsel will be in Las Vegas, Nevada from March 13th through March 16th taking depositions in the case of <u>Robert Murphy v. The American Tobacco Company</u>. Due to undersigned counsel being out of town, it is respectfully requested that the oral argument in the above referenced matter be continued to the next available

DATE OF ENTRY MAR 13 2000

hearing date. Plaintiffs' counsel has spoken to all defendants and they have no objection to said continuance.

Respectfully submitted,

_____
STEPHEN B. MURRAY (9858)
PERRY M. NICOSIA (21777)
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112
(504) 525-8100

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing was served upon all counsel of record by placing same in the United States Mail, postage prepaid, properly addressed, on this 2nd day of March, 2000.

_____
PERRY M. NICOSIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY OWENS AND SANZANNA TOLES | * | CIVIL ACTION |
| VS. | * | NO. 00-0147 |
| R. J. REYNOLDS TOBACCO COMPANY, RJR NABISCO, INC., BROWN & WILLIAMSON TOBACCO CORPORATION, | * | SECTION "K" |
| BATUS, INC., BATUS HOLDINGS, INC., | * | JUDGE DUVAL |
| THE AMERICAN TOBACCO COMPANY, INC. AMERICAN BRANDS, INC., THE COUNSEL | * | MAGISTRATE 4 |
| FOR TOBACCO RESEARCH--USA, INC., THE TOBACCO INSTITUTE, INC. | * | |
| BRITISH AMERICAN TOBACCO INDUSTRIES, PLC., QUAGLINO | * | |
| TOBACCO AND CANDY COMPANY, INC., IMPERIAL TRADING COMPANY, INC., | * | |
| GEORGE W. GROETSCH, INC., and SCHWEGMANN GIANT SUPER MARKETS, | * | |
| INC. | * | |

* * * * * * * * * *

## O R D E R

Considering the foregoing Motion to Continue;

IT IS HEREBY ORDERED that the oral argument hearing now set for March 15, 2000 at 9:30 a.m. be continued until the 29th day of March, 2000 at 9:30 a.m.

New Orleans, Louisiana, this 10th day of March, 2000.

_____
JUDGE