UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY OWENS AND SANZANNA TOLES | * | CIVIL ACTION |
| VS. | * | NO. 00-0147 |
| R. J. REYNOLDS TOBACCO COMPANY, RJR NABISCO, INC., BROWN & WILLIAMSON TOBACCO CORPORATION, BATUS, INC., BATUS HOLDINGS, INC., THE AMERICAN TOBACCO COMPANY, INC. AMERICAN BRANDS, INC., THE COUNSEL FOR TOBACCO RESEARCH--USA, INC., THE TOBACCO INSTITUTE, INC. BRITISH AMERICAN TOBACCO INDUSTRIES, PLC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., IMPERIAL TRADING COMPANY, INC., GEORGE W. GROETSCH, INC., and SCHWEGMANN GIANT SUPER MARKETS, INC. | * * * * * * * | SECTION "K" JUDGE DUVAL MAGISTRATE 4 |

\* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE A SIGNED AND NOTARIZED AFFIDAVIT

NOW INTO COURT, through undersigned counsel, come plaintiffs, Jerry Owens and Sanzanna Toles, who request that the attached signed and notarized Affidavit be submitted in place of the unsigned Affidavit originally attached to plaintiffs' Motion to Remand.

WHEREFORE, named plaintiffs respectfully move this Honorable Court to allow the signed and notarized Affidavit to be substituted for the unsigned Affidavit originally attached to plaintiffs' Motion to Remand.

DATE OF ENTRY  MAR 13 2000

RESPECTFULLY SUBMITTED,

MURRAY LAW FIRM

_____
STEPHEN B. MURRAY (9858)
PERRY M. NICOSIA (21777)
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112
(504) 525-8100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion to Substitute a Signed and Notarized Affidavit has been served on counsel for the defendants by U. S. Mail this 2nd day of March, 2000.

_____
PERRY M. NICOSIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY OWENS AND SANZANNA TOLES | * | CIVIL ACTION |
| VS. | * | NO. 00-0147 |
| R. J. REYNOLDS TOBACCO COMPANY, RJR NABISCO, INC., BROWN & WILLIAMSON TOBACCO CORPORATION, BATUS, INC., BATUS HOLDINGS, INC., THE AMERICAN TOBACCO COMPANY, INC. AMERICAN BRANDS, INC., THE COUNSEL FOR TOBACCO RESEARCH--USA, INC., THE TOBACCO INSTITUTE, INC. BRITISH AMERICAN TOBACCO INDUSTRIES, PLC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., IMPERIAL TRADING COMPANY, INC., GEORGE W. GROETSCH, INC., and SCHWEGMANN GIANT SUPER MARKETS, INC. | * * * * * * * * | SECTION "K" JUDGE DUVAL MAGISTRATE 4 |

* * * * * * * *

## ORDER

On motion of the plaintiffs, Jerry Owens, et al.;

IT IS ORDERED by the Court that the attached signed and notarized Affidavit be submitted in place of the unsigned Affidavit originally attached to plaintiffs' Motion to Remand.

THUS DONE AND SIGNED this 10th day of _____, 2000 at New Orleans, Louisiana.

_____
JUDGE