```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA
            UNITED STATES DISTRICT COURT
                                         2000 MAR 10  P 2:39
            EASTERN DISTRICT OF LOUISIANA
                                            LORETTA G. WHYTE
                                                  CLERK
```

| | | |
|---|---|---|
| JERRY OWENS AND SANZANNA TOLES | * | CIVIL ACTION |
| VS. | * | NO. 00-0147 |
| R. J. REYNOLDS TOBACCO COMPANY, | * | SECTION "K" |
| RJR NABISCO, INC., BROWN & | | |
| WILLIAMSON TOBACCO CORPORATION, | * | JUDGE DUVAL |
| BATUS, INC., BATUS HOLDINGS, INC., | | |
| THE AMERICAN TOBACCO COMPANY, INC. | * | MAGISTRATE 4 |
| AMERICAN BRANDS, INC., THE COUNSEL | | |
| FOR TOBACCO RESEARCH--USA, INC., | * | |
| THE TOBACCO INSTITUTE, INC. | | |
| BRITISH AMERICAN TOBACCO | * | |
| INDUSTRIES, PLC., QUAGLINO | | |
| TOBACCO AND CANDY COMPANY, INC., | * | |
| IMPERIAL TRADING COMPANY, INC., | | |
| GEORGE W. GROETSCH, INC., and | * | |
| SCHWEGMANN GIANT SUPER MARKETS, | | |
| INC. | * | |

\* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE MOTION TO ATTACH EXHIBIT "B" TO PLAINTIFFS' MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come plaintiffs, who hereby request that this Honorable Court allow plaintiffs to submit to the Court a recent decision decided on February 23, 2000 remanded a tobacco case to State Court. Plaintiffs wish to inform the court of a recent case that is analogous to the present case where the Federal Court remanded negligence and strict liability claims against retailers of tobacco products to the State Court. Plaintiffs' counsel has just become aware of said decision and

**DATE OF ENTRY**

**MAR 1 4 2000**

thought it would be of interest to the Court since it is directly on point in addressing many issues before the Court.

                                              Respectfully Submitted,

                                              MURRAY LAW FIRM

                                              MURRAY LAW FIRM
                                              STEPHEN B. MURRAY (9858)
                                              PERRY M. NICOSIA (21777)
                                              909 Poydras Street
                                              Suite 2550
                                              New Orleans, LA 70112
                                              Telephone: (504) 525-8100

## **CERTIFICATE**

     I hereby certify that a copy of the above and foregoing was served upon all counsel of record by placing same in the United States Mail, postage prepaid, properly addressed, on this 10th day of _____March_____, 2000.

                                              PERRY M. NICOSIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY OWENS AND SANZANNA TOLES | * | CIVIL ACTION |
| VS. | * | NO. 00-0147 |
| R. J. REYNOLDS TOBACCO COMPANY, RJR NABISCO, INC., BROWN & WILLIAMSON TOBACCO CORPORATION, BATUS, INC., BATUS HOLDINGS, INC., THE AMERICAN TOBACCO COMPANY, INC. AMERICAN BRANDS, INC., THE COUNSEL FOR TOBACCO RESEARCH--USA, INC., THE TOBACCO INSTITUTE, INC. BRITISH AMERICAN TOBACCO INDUSTRIES, PLC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., IMPERIAL TRADING COMPANY, INC., GEORGE W. GROETSCH, INC., and SCHWEGMANN GIANT SUPER MARKETS, INC. | * * * * * * * | SECTION "K" JUDGE DUVAL MAGISTRATE 4 |

* * * * * * * * * *

<u>O R D E R</u>

Considering the foregoing Motion for Leave,

IT IS HEREBY ORDERED that plaintiffs be allowed to file their Motion to Attach Exhibit to their original Motion to Remand.

New Orleans, Louisiana, this 13th day of March, 2000.

_____
JUDGE