UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY OWENS AND SANZANNA TOLES | * | CIVIL ACTION |
| VS. | * | NO. 00-0147 |
| R. J. REYNOLDS TOBACCO COMPANY, RJR NABISCO, INC., BROWN & WILLIAMSON TOBACCO CORPORATION, BATUS, INC., BATUS HOLDINGS, INC., THE AMERICAN TOBACCO COMPANY, INC. AMERICAN BRANDS, INC., THE COUNSEL FOR TOBACCO RESEARCH--USA, INC., THE TOBACCO INSTITUTE, INC. BRITISH AMERICAN TOBACCO INDUSTRIES, PLC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., IMPERIAL TRADING COMPANY, INC., GEORGE W. GROETSCH, INC., and SCHWEGMANN GIANT SUPER MARKETS, INC. | * * * * * * * * | SECTION "K" JUDGE DUVAL MAGISTRATE 4 |

* * * * * * * * * *

## MOTION TO ATTACH EXHIBIT "B" TO PLAINTIFFS' MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come plaintiffs, who hereby request that this Honorable Court allow plaintiffs to attach the following case to their original Motion to Remand. This case was decided on February 23, 2000, and plaintiffs' counsel just became aware of said decision. The Theresa Carter v. Phillip Morris decision, which is attached, is similar to and analogous to the facts concerning this case. Plaintiff believes the Carter decision should be relied on by this Court in deciding this Motion to Remand. Because plaintiff only became aware of this decision in the last few days it is submitted at this late date. Plaintiffs respectfully request that this Court allow this Exhibit to be attached to plaintiffs' original Motion to Remand so that this

DATE OF ENTRY

MAR 1 4 2000

Court has full knowledge of all persuasive and binding authority before it in deciding this very important matter.

Respectfully Submitted,

MURRAY LAW FIRM

_____
MURRAY LAW FIRM
STEPHEN B. MURRAY (9858)
PERRY M. NICOSIA (21777)
909 Poydras Street
Suite 2550
New Orleans, LA 70112
Telephone: (504) 525-8100

**<u>CERTIFICATE</u>**

I hereby certify that a copy of the above and foregoing was served upon all counsel of record by placing same in the United States Mail, postage prepaid, properly addressed, on this 10th day of _____March_____, 2000.

_____
PERRY M. NICOSIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY OWENS AND SANZANNA TOLES | * | CIVIL ACTION |
| VS. | * | NO. 00-0147 |
| R. J. REYNOLDS TOBACCO COMPANY, RJR NABISCO, INC., BROWN & WILLIAMSON TOBACCO CORPORATION, BATUS, INC., BATUS HOLDINGS, INC., THE AMERICAN TOBACCO COMPANY, INC. AMERICAN BRANDS, INC., THE COUNSEL FOR TOBACCO RESEARCH--USA, INC., THE TOBACCO INSTITUTE, INC. BRITISH AMERICAN TOBACCO INDUSTRIES, PLC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., IMPERIAL TRADING COMPANY, INC., GEORGE W. GROETSCH, INC., and SCHWEGMANN GIANT SUPER MARKETS, INC. | * * * * * * * * | SECTION "K" JUDGE DUVAL MAGISTRATE 4 |

* * * * * * * * * *

### O R D E R

Considering the foregoing Motion;

IT IS HEREBY ORDERED that plaintiffs be allowed to attach the Exhibit consisting of the decision of <u>Theresa Carter v. Phillip Morris, et al.</u> to their original Motion to Remand in the above referenced matter.

New Orleans, Louisiana, this 13th day of March, 2000.

_____
JUDGE