FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 22 P 12:30

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DUVAL, J.**
**March 21, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY OWENS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0147** |
| **R.J. REYNOLDS TOBACCO CO., ET AL.** | **SECTION "K"(4)** |

**IT IS ORDERED** that the status conference presently scheduled for **Thursday, March 30, 2000** is **RESET** to be held immediately after the hearing on the Motion to Remand on Wednesday, March 29, 2000.

DATE OF ENTRY
MAR 2 3 2000