

**MINUTE ENTRY
DUVAL, J.
March 27, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY OWENS, ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-0147 |
| R. J. REYNOLDS TOBACCO CO., ET AL. | SECTION "K"(4) |

Attending a telephonic status conference this day were:

Stephen B. Murray for plaintiffs; and
Stephen Kupperman and Carmelite Bertaut for defendants.

The Court has reviewed the pending Motion to Remand and the supporting memoranda and has reached the conclusion that a stay is in order as a decision from the United States Court of Appeals for the Fifth Circuit in *Badon v. R.J.R. Nabisco, Inc.*, CV98-0215 (W.D.La. 4/17/98), *appeal docketed*, No. 98-30942 (5th Cir. 8/28/98) appears to be imminent and would be controlling with respect to the issues before the Court. Accordingly,

**IT IS ORDERED** that oral argument and the status conference scheduled on on **March 29, 2000** are **CANCELED.**

DATE OF ENTRY
MAR 3 0 2000



**IT IS FURTHER ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon a proper motion within 15 days of a final decision being rendered in *Badon v. R.J.R. Nabisco, Inc.*, CV98-0215 (W.D.La. 4/17/98), *appeal docketed*, No. 98-30942 (5th Cir. 8/28/98). This order shall not prejudice the rights of the parties to this litigation to move to reopen the case if a decision is not rendered by June 27, 2000, at which time the Court shall set a status conference to reset the pending motion and entertain oral argument.

