


FILED
U.S. DISTRICT COURT
EAST[ERN DISTRICT OF L]A

2000 MAR 30 P 4:05

LORETTA G. WHYTE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY OWENS, ET AL. | * CIVIL ACTION |
| | * |
| VERSUS | * NO. 00-0147 |
| | * |
| R. J. REYNOLDS TOBACCO COMPANY, ET AL | * SECTION "K" |
| | * |
| | * MAGISTRATE (4) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION PRO HAC VICE TO ENROLL AS VISITING CO-COUNSEL OF RECORD

By and through undersigned counsel, a member of good standing of the Bar of this Court and the State of Louisiana, come defendants, Brown & Williamson Tobacco Corporation, individually and as successor by merger to The American Tobacco Company, BATUS Inc., BATUS Holdings, Inc. and American Brands, Inc., now known as Fortune Brands, Inc., with full reservation of all rights and defenses, pursuant to LR83.2.6, who respectfully request an Order from This Honorable Court enrolling the following attorneys as visiting co-counsel of record in the above-captioned matter:

DATE OF ENTRY

APR 0 4 2000

Fee 10.00
Process
X Dktd
CtRmDep
Doc No 18

458456-1

       William L. Durham, II
       William E. Hoffman, Jr.
       Gordon A. Smith
       King & Spalding
       191 Peachtree Street, N.E., Suite 4300
       Atlanta, Georgia 30303-1763
       Telephone No.: (404) 572-4600

Messrs. Durham, Hoffman and Smith are ineligible to become members of the Bar of this Court because they are not members of the Bar of the State of Louisiana. They are members of the Bar of the State of Georgia. Certificates of good standing from the United States District Court for the Northern District of Georgia and the State Bar of Georgia and the Affidavits of William L. Durham, II, William E. Hoffman, Jr. and Gordon A. Smith are attached.

By: /s/ Carmelite M. Bertaut
Carmelite M. Bertaut, #03054
William F. Grace, Jr., #06199
Peter J. Rotolo, III, #21848
**CHAFFE, MCCALL, PHILLIPS,**
    **TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
(504) 585-7000
**Attorneys for BROWN & WILLIAMSON TOBACCO COPORATION, individually and as successor by merger to THE AMERICAN TOBACCO COMPANY, INC.; BATUS, INC.; BATUS HOLDINGS; INC.; and AMERICAN BRANDS, INC, now known as FORTUNE BRANDS, INC.**

458456-1

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___30___ day of ___March___, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid or by facsimile transmission or by hand delivery.

_____
CARMELITE M. BERTAUT

458456-1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY OWENS, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | No. 00-0147 |
| | * | |
| R. J. REYNOLDS TOBACCO COMPANY, ET AL | * | SECTION "K" |
| | * | |
| | * | MAGISTRATE (4) |
| | * | |

* * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion to Enroll Counsel Pro Hac Vice:

**IT IS HEREBY ORDERED** that William L. Durham, II, William E. Hoffman, Jr. and Gordon A. Smith are hereby admitted as counsel pro hac vice for Brown & Williamson Tobacco Corporation, individually and as successor by merger to The American Tobacco Company, BATUS Inc., BATUS Holdings, Inc. and American Brands, Inc., now known as Fortune Brands, Inc. in the above matter.

New Orleans, Louisiana, this 3rd day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE

458456-1