UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL -3 AM 11: 21

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JERRY OWENS AND SANZANNA TOLES | * | CIVIL ACTION |
| VS. | * | NO. 00-0147 |
| R. J. REYNOLDS TOBACCO COMPANY, RJR NABISCO, INC., BROWN & WILLIAMSON TOBACCO CORPORATION, BATUS, INC., BATUS HOLDINGS, INC., THE AMERICAN TOBACCO COMPANY, INC. AMERICAN BRANDS, INC., THE COUNSEL FOR TOBACCO RESEARCH--USA, INC., THE TOBACCO INSTITUTE, INC. BRITISH AMERICAN TOBACCO INDUSTRIES, PLC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., IMPERIAL TRADING COMPANY, INC., GEORGE W. GROETSCH, INC., and SCHWEGMANN GIANT SUPER MARKETS, INC. | * | SECTION "K" |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE 4 |

\* \* \* \* \* \* \* \* \* \*

## MOTION AND ORDER FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come plaintiffs, Jerry Owens and Sanzanna Toles, who move this Honorable Court for leave to file their Supplemental Memorandum in Support of Motion to Remand. This Supplemental Memorandum is filed pursuant to this court's minute entry dated April 19, 2001, imposing a July 3, 2001 deadline for the filing of pleadings addressing the issues on the pending Motion To Remand.

WHEREFORE, plaintiffs, Jerry Owens and Sanzanna Toles pray that this Court grant leave to file this Supplemental Memorandum in Support of Motion to Remand.

DATE OF ENTRY
JUL 1 2 2001

Respectfully submitted,

_____
STEPHEN B. MURRAY (9858)
PERRY M. NICOSIA (21777)
909 Poydras Street, Suite 2550
New Orleans, Louisiana  70112
(504) 525-8100

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing was served upon all counsel of record by placing same in the United States Mail, postage prepaid, properly addressed, on this 3rd day of _____July_____, 2001.

_____
PERRY M. NICOSIA

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY OWENS AND SANZANNA TOLES | * | CIVIL ACTION |
| VS. | * | NO. 00-0147 |
| R. J. REYNOLDS TOBACCO COMPANY, RJR NABISCO, INC., BROWN & | * | SECTION "K" |
| WILLIAMSON TOBACCO CORPORATION, BATUS, INC., BATUS HOLDINGS, INC., | * | JUDGE DUVAL |
| THE AMERICAN TOBACCO COMPANY, INC. AMERICAN BRANDS, INC., THE COUNSEL | * | MAGISTRATE 4 |
| FOR TOBACCO RESEARCH--USA, INC., THE TOBACCO INSTITUTE, INC. | * | |
| BRITISH AMERICAN TOBACCO INDUSTRIES, PLC., QUAGLINO | * | |
| TOBACCO AND CANDY COMPANY, INC., IMPERIAL TRADING COMPANY, INC., | * | |
| GEORGE W. GROETSCH, INC., and SCHWEGMANN GIANT SUPER MARKETS, | * | |
| INC. | * | |

\* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing;

IT IS HEREBY ORDERED that plaintiffs' Supplemental Memorandum in Support of Motion to Remand be and it is hereby filed of record.

New Orleans, Louisiana, this _____ day of July, 2001.

_____
JUDGE

3