

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL -9 PM 1:07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY OWENS, et al. | * | CIVIL ACTION |
| | * | |
| Plaintiffs, | * | NO. 00-0147 |
| | * | |
| VERSUS | * | SECTION "K" (4) |
| | * | |
| R.J. REYNOLDS TOBACCO COMPANY, et al. | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE ROBY |
| Defendants. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

### UNOPPOSED EX PARTE MOTION FOR ADDITIONAL TIME

NOW INTO COURT, through undersigned counsel, come defendants, R.J. Reynolds Tobacco Company, R.J. Reynolds Tobacco Holdings, Inc. (formerly known and sued herein as RJR Nabisco, Inc.), Brown & Williamson Tobacco Corporation, individually and as successor by merger to The American Tobacco Company, Fortune Brands, Inc. (formerly known and sued herein as American Brands, Inc.), BATUS, Inc., BATUS Holdings Inc., The Council for

DATE OF ENTRY
JUL 1 3 2001



593711/1

Tobacco Research – U.S.A., Inc., and The Tobacco Institute, Inc., and represent the following to this Honorable Court:

1.

Plaintiffs originally filed this action in Louisiana state court. The action subsequently was timely removed by defendants.

2.

Plaintiffs have filed a motion to remand, which is set for hearing before this Court on Wednesday, July 18, 2001. Pursuant to Uniform Local Rule 7.5E, defendants' response in opposition to the motion to remand therefore is due not later than July 10, 2001.

3.

Plaintiffs, however, recently submitted a supplemental memorandum in support of their motion to remand. Defendants did not receive a copy of this memorandum until Friday, July 6, 2001. The time period between that receipt and the hearing and the defense response dates are insufficient pursuant to the time periods indicated by the Uniform Local Rules, including Local Rule 7.2E.

4.

As a result of the filing of the supplemental memorandum, defendants require additional time within which to file a memorandum opposing the pending motion. Consequently, defendants seek leave of Court to file their opposition memorandum on or before noon on Thursday, July 12, 2001. Defendants do not seek a continuance in the hearing date.

593711/1

5.

Plaintiffs have stated they have no objection to the requested extension.

WHEREFORE, defendants pray that they be granted an extension through and including noon on Thursday, July 12, 2001, within which to file an opposition to plaintiffs' motion to remand.

Respectfully submitted,

Phillip A. Wittmann, 13625
Stephen H. Kupperman, 7890, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
   WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Counsel for R.J. Reynolds Tobacco Company

- 3 -

593711/1

                                  Carmelite M. Bertaut, 3054
                                  William F. Grace, 6199
                                  Peter J. Rotolo III, 21848
                                  CHAFFE, MCCALL, PHILLIPS,
                                    TOLER & SARPY, L.L.P.
                                  2300 Energy Centre
                                  1100 Poydras Street
                                  New Orleans, Louisiana 70163

593711/1

Of Counsel:

Gordon A. Smith
William E. Hoffman, Jr.
William L. Durham, II
KING & SPALDING
191 Peachtree Street
Atlanta, Georgia 30303
(404) 572-4600

Counsel for Brown & Williamson Tobacco Corporation, individually and as successor by merger to The American Tobacco Company, Fortune Brands, Inc. (formerly known and sued herein as American Brands, Inc.), BATUS, Inc., and BATUS Holdings Inc.


Alan H. Goodman, 6131
Thomas M. Benjamin
LEMLE & KELLEHER, L.L.P.
2100 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 584-9419

Counsel for The Tobacco Institute, Inc.

593711/1

David H. Nelson, 9926
THEUS, GRISHAM, DAVIS & LEIGH
1600 Lamy Lane
P.O. Box 4768
Monroe, Louisiana  71211
Telephone:  (318) 388-0100

Counsel for Council for Tobacco Research –
U.S.A., Inc.


Phillip A. Wittmann, 13625
Stephen H. Kupperman, 7890, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana  70130
(504) 581-3200

Counsel for R.J. Reynolds Tobacco Holdings, Inc. (formerly known and sued herein as RJR Nabisco, Inc.)

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing and accompanying Order have been served upon plaintiffs' counsel by hand delivery and upon all defense counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this 9th day of July, 2001.

*[signature]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY OWENS, et al. | * | CIVIL ACTION |
| | * | |
| Plaintiffs, | * | NO. 00-0147 |
| | * | |
| VERSUS | * | SECTION "K" (4) |
| | * | |
| R.J. REYNOLDS TOBACCO COMPANY, et al. | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE ROBY |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Ex Parte Motion for Additional Time;

IT IS ORDERED that defendants' motion be and the same is hereby granted, and defendants are granted leave to file their opposition to plaintiffs' motion to remand on or before noon on Thursday, July 12, 2001.

New Orleans, Louisiana, this 11th day of July, 2001.

_____
JUDGE

593711/1