FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 12 AM 11: 35
JUL 1 2 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY OWENS, et al. | * | CIVIL ACTION |
| | * | |
| Plaintiffs, | * | NO. 00-0147 |
| | * | |
| VERSUS | * | SECTION "K" (4) |
| | * | |
| R.J. REYNOLDS TOBACCO COMPANY, et al. | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE ROBY |
| Defendants. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

**MOTION AND ORDER FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, come defendants, R.J. Reynolds Tobacco Company, R.J. Reynolds Tobacco Holdings, Inc. (formerly known and sued herein as RJR Nabisco, Inc.), Brown & Williamson Tobacco Corporation, individually and as successor by merger to The American Tobacco Company, Fortune Brands, Inc. (formerly known and sued herein as American Brands, Inc.), BATUS, Inc., BATUS Holdings Inc., The Council for

DATE OF ENTRY
JUL 1 9 2001

594287/1

Tobacco Research – U.S.A., Inc., and The Tobacco Institute, Inc., who move this Court for leave to file Defendants' Supplemental Memorandum in Opposition to Plaintiffs' Motion to Remand. This supplemental memorandum responds to the new issues raised in plaintiffs' supplemental supporting memorandum which was filed in this matter on July 3, 2001 and which, because of the holiday mail delays, not received by defendants until July 6, 2001. This filing will assist the Court in determining the issues, will not delay matters, and is filed within the delays sought by defendants' pending unopposed motion for additional time.

WHEREFORE, defendants pray that this Court grant leave to file Defendants' Supplemental Memorandum in Opposition to Plaintiffs' Motion to Remand.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Stephen H. Kupperman, 7890, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
 WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Counsel for R.J. Reynolds Tobacco Company

594287/1

Carmelite M. Bertaut, 3054
William F. Grace, 6199
Peter J. Rotolo III, 21848
CHAFFE, MCCALL, PHILLIPS,
  TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

Of Counsel:

Gordon A. Smith
William E. Hoffman, Jr.
William L. Durham, II
KING & SPALDING
191 Peachtree Street
Atlanta, Georgia 30303
(404) 572-4600

Counsel for Brown & Williamson Tobacco
Corporation, individually and as successor by
merger to The American Tobacco Company,
Fortune Brands, Inc. (formerly known and
sued herein as American Brands, Inc.),
BATUS, Inc., and BATUS Holdings Inc.


Alan H. Goodman, 6131
Thomas M. Benjamin
LEMLE & KELLEHER, L.L.P.
2100 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 584-9419

Counsel for The Tobacco Institute, Inc.

594287/1

David H. Nelson, 9926
THEUS, GRISHAM, DAVIS & LEIGH
1600 Lamy Lane
P.O. Box 4768
Monroe, Louisiana 71211
Telephone: (318) 388-0100

Counsel for Council for Tobacco Research –
U.S.A., Inc.


Phillip A. Wittmann, 13625
Stephen H. Kupperman, 7890, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
 WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

Counsel for R.J. Reynolds Tobacco Holdings, Inc. (formerly known and sued herein as RJR Nabisco, Inc.)

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing and accompanying Order have been served upon plaintiffs' counsel by hand delivery and upon all defense counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this 12th day of July, 2001.

_____
Dorothy H. Wimber

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY OWENS, et al. | * | CIVIL ACTION |
| | * | |
| Plaintiffs, | * | NO. 00-0147 |
| | * | |
| VERSUS | * | SECTION "K" (4) |
| | * | |
| R.J. REYNOLDS TOBACCO COMPANY, et al. | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE ROBY |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Motion and Order for Leave to File Defendants' Supplemental Memorandum in Opposition to Plaintiffs' Motion to Remand;

IT IS ORDERED that Defendants' Supplemental Memorandum in Opposition to Plaintiffs' Motion to Remand be and it hereby is filed of record in this matter.

New Orleans, Louisiana, this _____ day of July, 2001.

_____
JUDGE

594287/1